IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MARI A. THYGESEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 6:14-cv-00504-JO |
| v. ) | |
| ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this 28th day of July, 2015.

*(signature)*

ROBERT E. JONES
United States District Judge

1 - JUDGMENT